# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and Act of Congress approved July 4, 2025, as Public Law 119-21, tit. IX, sec. 90001, 139 Stat. 72, 357-58, which appropriated the Funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier including waterborne barrier, including boat ramps that will be required to construct, operate, and maintain the border barrier including waterborne barrier.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

**Tract:  RGV-RGC-B1002E**
**Acres:  0.096**

**Being** a 0.096 acre Easement Boat Ramp tract (4,199 square feet) parcel of land, more or less, being out of the Geronimo Saens Survey, Abstract No. 165 in Porcion No. 74, Starr County, Texas conveyed to Maria Teresa Escobar, Tract No. 309, Volume 708, Page 501. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a mag nail with washer in concrete stamped S134, having the following NAD83 (2011) Grid Coordinates: N= 16671856.310, E= 823409.983.

**Thence:** S26°31'23"W, a distance of 3345.28 feet to a found 5/8" iron rebar at the Northeast corner of the Maria Teresa Escobar, Tract No. 309, Volume 708, Page 501 and an interior corner of the Marco A. Garcia, Tract No. 307, Volume 972, Page 721, said point being the **Point of Commencement,** having the following coordinates: N= 16668863.102, E= 821916.129.

**Thence:** S22°49'30"W, a distance of 226.88 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001-1, said point being the **Point of Beginning**, having the following coordinates: N= 16668653.989, E= 821828.119;

**Thence:** S77°19'47"E, a distance of 40.00 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001-2, being on the East line of the Maria Teresa Escobar, Tract No. 309, Volume 708, Page 501 and on the West line of the Marco A. Garcia, Tract No. 307, Volume 972, Page 721, for angle;

**Thence:** S12°40'13"W, continuing along said property lines, passing by a grader blade on an old fence post at a distance of 95.60 feet, for a total distance of 104.97 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001-3 for angle;

**Thence:** N77°19'47"W, leaving said property lines a distance of 40.00 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001-4 for angle;

**Thence:** N12°40'13"E, a distance of 104.97 feet returning to the **Point of Beginning**.

## SCHEDULE C (Cont.)

**Tract: RGV-RGC-B1001E**
**Acres: 0.446**

**Being** a 0.446 acre Access and Parking Easement tract (19,439 square feet) parcel of land, more or less, being out of the Miguel Seans Survey, Abstract No. 166 in Porcion No. 73 and the Geronimo Saens Survey, Abstract No. 165 in Porcion No. 74, Starr County, Texas conveyed to Maria Teresa Escobar, Tract No. 190 & 309, Volume 708, Page 501. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a mag nail with washer in concrete stamped S134, having the following NAD83 (2011) Grid Coordinates: N= 16671856.310, E= 823409.983.

**Thence:** S33°41'20"W, a distance of 3506.23 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-1=B1001E-1, being on the West line of the Maria Teresa Escobar, Tract No. 190, Volume 708, Page 501 and on the East line of the Fernado Javier Escobar, Tract No. 189, Volume 1500, Page 587, for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16668938.903, E= 821465.140;

**Thence:** S75°58'19"E, leaving said property lines a distance of 401.22 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-2 for angle;

**Thence:** S77°19'47"E, a distance of 45.00 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-3 for angle;

**Thence:** S12°40'13"W, a distance of 50.00 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-4 for angle;

**Thence:** S11°57'37"W, a distance of 15.00 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-4A for a point on line;

**Thence:** S11°57'37"W along said line, a distance of 39.59 feet to a calculated point designated as RGV-RGC-B1001E-5 for angle;

**Thence:** S07°55'04"W, a distance of 7.00 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-5A for a point on line;

**Thence:** S07°55'04"W along said line, a distance of 77.56 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001E-6 for angle;

**Thence:** N77°19'47"W, a distance of 30.10 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1001E-7 for angle;

**Thence:** N07°55'04"E, a distance of 79.26 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-8 for angle;

**Thence:** N02°46'36"W, a distance of 50.29 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-9 for angle;

**Thence:** N40°33'05"W, a distance of 54.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1001E-10 for angle;

**Thence:** N75°58'19"W, a distance of 354.75 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-2=B1001E-11, being on the West line of the Maria Teresa Escobar, Tract No. 190, Volume 708, Page 501 and on the East line of the Fernado Javier Escobar, Tract No. 189, Volume 1500, Page 587, for angle;

**Thence:** N01°46'47"E, along said property lines a distance of 30.70 feet returning to the **Point of Beginning**.

## SCHEDULE C (Cont.)

**Tract: RGV-RGC-B1000E**
**Acres: 0.145**

**Being** a 0.145 acre Access Easement tract (6,332 square feet) parcel of land, more or less, being out of the Miguel Seans Survey, Abstract No. 166 in Porcion No. 73, in Starr County, Texas conveyed to Fernando Javier Escobar, Tract No. 189, Volume 1500, Page 587. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a mag nail with washer in concrete stamped S134, having the following NAD83 (2011) Grid Coordinates: N= 16671856.310, E= 823409.983.

**Thence:** S33°41'20"W, a distance of 3506.23 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-1=B1001E-1, being on the East line of the Fernando Javier Escobar, Tract No. 189, Volume 1500, Page 587 and on the West line of the Maria Teresa Escobar, Tract No. 190, Volume 708, Page 501, for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16668938.903, E= 821465.140;

**Thence:** S01°46'47"W, along said property lines a distance of 30.70 feet to a set 5/8"X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-2=B1001E-11 for angle;

**Thence:** N75°58'19"W, leaving said property lines a distance of 6.51 feet to a set 5/8"X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-3 for angle;

**Thence:** N62°53'12"W, a distance of 35.14 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-4 for angle;

**Thence:** N31°44'46"W, a distance of 38.94 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-5 for angle;

**Thence:** N02°09'28"W, a distance of 116.48 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-6 for angle;

**Thence:** N27°22'17"W, a distance of 31.43 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-7 for angle;

**Thence:** N65°42'02"E, a distance of 30.04 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-B1000E-8 for angle;

**Thence:** S27°22'17"E, a distance of 36.53 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-9 for angle;

## SCHEDULE C (Cont.)

**Thence:** S02°09'28"E, a distance of 115.27 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-10 for angle;

**Thence:** S31°44'46"E, a distance of 23.10 feet to a set 5/8" X 36" iron rebar and plastic easement cap designated as RGV-RGC-B1000E-11 for angle;

**Thence:** S61°17'21"E, a distance of 19.61 feet returning to the **Point of Beginning**.

**<u>SCHEDULE C (Cont.)</u>**

**Tract:  RGV-RGC-B1000E-1**
**Acres:  0.245**

**BEING** a 0.245 acre tract (10,658 square feet) parcel of land, more or less, being out of a called 2.877 acre tract in the Miguel Seans Survey, Abstract No. 166 in Porcion No. 73, in Starr County, Texas conveyed to Fernando Javier Escobar, Tract No. 189, Volume 1500, page 587, Deed Records of Starr County (D.R.S.C.), Texas, said 0.245 acres (10,658 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a found 5/8" rebar with cap stamped "RGV-RGC-2032-4=4033- 3" having a coordinate value of N = 16669165.710, E = 821061.800, said point being the Northwest corner of the Fernando Javier Escobar, Tract No. 189, Volume 1500, page 587, Deed Records of Starr County (D.R.S.C.), Texas and the Southwest corner of a called 6.311 acre tract recorded in Acct. No. 23704 Starr County Appraisal District (S.C.A.D); conveyed to Jose Carlos Saenz and point being S 41°06'45" W, a distance of 3,571.18 feet from United States Corps of Engineers Control Point No. S134;

**THENCE;** North 88°58'32" E along the North line of said Fernando Javier Escobar 2.877 acre tract and the South line of said Jose Carlos Saenz 6.311 acre tract a distance of 26.15 feet to a point

**THENCE;** S 22°09'40" E, departing said North line of said Fernando Javier Escobar tract over and across said Fernando Javier Escobar tract a distance of 6.81 feet to a point;

**THENCE;** S 67°03'46" E, over and across said Fernando Javier Escobar tract a distance of 30.00 feet to an angle point;

**THENCE;** N 82°58'44" E, over and across said Fernando Javier Escobar tract a distance of 77.09 feet to an angle point;

**THENCE;** N 86°35'02" E, over and across said Fernando Javier Escobar tract a distance of 99.72 feet to an angle point;

**THENCE;** S 83°08'57" E, over and across said Fernando Javier Escobar tract a distance of 70.76 feet to an angle point;

**THENCE;** S 59°06'07" E, over and across said Fernando Javier Escobar tract a distance of 50.21 feet to an angle point;

**THENCE;** S 27°22'17" E, over and across said Fernando Javier Escobar tract a distance of 15.45 feet to a 5/8" rebar w/cap stamped "RGV-RGC-B1000E-8";

## SCHEDULE C (Cont.)

**THENCE;** S65°42'02" W, over and across said Fernando Javier Escobar tract a distance of 30.04 feet to a 5/8" rebar w/cap stamped "RGV-RGC-B1000E-7";

**THENCE;** N 27°22'17" W, over and across said Fernando Javier Escobar tract a distance of 5.32 feet to an angle point;

**THENCE;** N 59°06'07" W, over and across said Fernando Javier Escobar tract a distance of 35.29 feet to an angle point;

**THENCE;** N 83°08'57" W, over and across said Fernando Javier Escobar tract a distance of 61.68 feet to an angle point;

**THENCE;** S 86°35'02" W, over and across said Fernando Javier Escobar tract a distance of 96.09 feet to an angle point;

**THENCE;** S 82°58'44" W, over and across said Fernando Javier Escobar tract a distance of 84.17 feet to an angle point;

**THENCE;** N 67°03'46" W, over and across said Fernando Javier Escobar tract a distance of 50.42 feet to an angle point;

**THENCE;** N 22°09'40" W, over and across said Fernando Javier Escobar tract a distance of 13.18 feet to a point on the West line of said Fernando Javier Escobar tract and the East line of a called 0.9889 acres tract conveyed to Marco Garcia and Anabel Garcia recorded in Vol. 1075, Pg. 544 in the Official Records of Starr County (O.R.S.C.);

**THENCE;** N 02°12'48" W along said West line of said Fernando Javier Escobar tract and the East line of a called 0.9889 acres tract conveyed to Marco Garcia and Anabel Garcia recorded in Vol. 1075, Pg. 544 in the Official Records of Starr County (O.R.S.C.) a distance of 16.43 feet to the **POINT OF BEGINNING** and containing 0.245 acre (10,658 square feet) of land, more or less.

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



LEGEND:

| Symbol | Description | Abbrev. | Meaning |
|---|---|---|---|
| | CONTROL POINT (AS NOTED) | N | NORTHING |
| | FOUND MONUMENT (AS NOTED) | E | EASTING |
| | 60 PENNY NAIL | ELEV. | ELEVATION |
| | SET 5/8" IR W/ CAP (AS NOTED) | S.C.C.H. | STARR COUNTY COURT HOUSE |
| | CALCULATED POINT (NOTHING SET DUE TO INTERFERENCE) | S.C.C.M. | STARR COUNTY CADD MAP |
| RW | RIGHT OF WAY | S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| PL | PROPERTY LINE | W | WITH |
| | ACQUISITION BOUNDARY | UNK. | UNKNOWN |
| | EXISTING / PROPOSED ACQUISITION BOUNDARY | ALUM. | ALUMINUM |
| | PORCION LINE | CONC. | CONCRETE |
| TPOST | T-POST | CALC. | CALCULATED POINT |
| | FENCE POST | POC | POINT OF COMMENCEMENT |
| | FENCE | POB | POINT OF BEGINNING |
| | ROADWAY EDGE | PG | PAGE |
| | VEGETATION LINE | VOL | VOLUME |
| | WATERS EDGE | DOC | DOCUMENT |
| | STEPS / STAIRS | MON | MONUMENT |
| | EDGE OF CONCRETE SLAB | ROW | RIGHT-OF-WAY |
| | BUILDING OUTLINE (AS NOTED) | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | BOLLARD | 1STFR | 1 STORY FRAME HOME |
| | STRUCTURE OUTLINE (AS NOTED) | 1STBR | 1 STORY BRICK HOME |
| | SIGN | SHDWF | SHED WOOD FRAME |
| | WATER SPIGOT | GZB | GAZEBO OR SIMILAR |
| | RIPRAP | | |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999437007 (E.G. GRID / 0.9999437007 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 9, 2024 (TICKET NO. 2454095374).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-B1001-1 | 16668653.989 | 821828.119 | 154.832 | 79.202 |
| RGV-RGC-B1001-2 | 16668645.215 | 821867.145 | 155.513 | 79.882 |
| RGV-RGC-B1001-3 | 16668542.805 | 821844.121 | 142.504 | 66.875 |
| RGV-RGC-B1001-4 | 16668551.578 | 821805.095 | 140.019 | 64.391 |

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 5 OF 5 | MARIA TERESA ESCOBAR | | |
| | TRACT NO. RGV-RGC-B1002E | | |
| | STARR COUNTY TEXAS | | |

DRAWN BY: JP 02/24
CHECKED BY: WBG 02/24
SURVEY DATE: 02/24
PLOT DATE: 10/25
SHEET SIZE: ANSI-A

MARK 01 DESCRIPTION NAME CHANGE DATE 10/22/05 APPR. SC

REMOVABLE BARRIER SURVEY PROJECT
CONTRACT NO. W9126G-19-D-8004







US Army Corps of Engineers

EMC, INC. PROJECT NO. 24006

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999437007 (E.G. GRID / 0.9999437007 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 9, 2024 (TICKET NO. 2454095374).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| **MONUMENT NAME** | **NORTHING** | **EASTING** | **ELEVATION** | **ELLIPSOID HEIGHT** |
| RGV-RGC-B1000E-1=B1001E-1 | 16668938.903 | 821465.140 | 154.024 | 78.403 |
| RGV-RGC-B1001E-2 | 16668841.649 | 821854.394 | 152.712 | 77.079 |
| RGV-RGC-B1001E-3 | 16668831.779 | 821898.299 | 153.811 | 78.176 |
| RGV-RGC-B1001E-4 | 16668782.997 | 821887.332 | 153.448 | 77.814 |
| RGV-RGC-B1001E-4A | 16668768.322 | 821884.223 | 153.729 | 78.096 |
| RGV-RGC-B1001E-5 | 16668729.595 | 821876.019 | N/A | N/A |
| RGV-RGC-B1001E-5A | 16668722.662 | 821875.055 | 154.281 | 78.649 |
| RGV-RGC-B1001E-6 | 16668645.839 | 821864.371 | 155.320 | 79.689 |
| RGV-RGC-B1001E-7 | 16668652.442 | 821835.001 | 154.904 | 79.274 |
| RGV-RGC-B1001E-8 | 16668730.947 | 821845.919 | 154.069 | 78.437 |
| RGV-RGC-B1001E-9 | 16668781.179 | 821843.482 | 153.212 | 77.580 |
| RGV-RGC-B1001E-10 | 16668822.229 | 821808.359 | 152.579 | 76.947 |
| RGV-RGC-B1000E-2=B1001E-11 | 16668908.219 | 821464.187 | 153.486 | 77.865 |

| SHEET NO.<br>6 OF 6 | **METES & BOUNDS SURVEY**<br>**MARIA TERESA ESCOBAR**<br>TRACT NO. RGV-RGC-B1001E<br>STARR COUNTY          TEXAS | DRAWN BY:<br>JP        02/24<br>CHECKED BY:<br>WBG      02/24<br>SURVEY DATE:<br>02/24<br>PLOT DATE:<br>04/24<br>SHEET SIZE: ANSI-A | MARK DESCRIPTION DATE APPR.<br>REMOVABLE BARRIER SURVEY PROJECT<br>CONTRACT NO. : W9126G-19-D-0004 |  | US Army Corps of Engineers® |

EMC, INC. PROJECT NO.: 24006

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999437007 (E.G. GRID / 0.9999437007 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 9, 2024 (TICKET NO. 2454095374).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-B1000E-1=B1001E-1 | 16668938.903 | 821465.140 | 154.024 | 78.403 |
| RGV-RGC-B1000E-2=B1001E-11 | 16668908.219 | 821464.187 | 153.486 | 77.865 |
| RGV-RGC-B1000E-3 | 16668909.798 | 821457.869 | 154.291 | 78.670 |
| RGV-RGC-B1000E-4 | 16668925.814 | 821426.588 | 155.354 | 79.734 |
| RGV-RGC-B1000E-5 | 16668958.927 | 821406.101 | 156.645 | 81.025 |
| RGV-RGC-B1000E-6 | 16669075.326 | 821401.715 | 164.488 | 88.867 |
| RGV-RGC-B1000E-7 | 16669103.241 | 821387.263 | 164.702 | 89.081 |
| RGV-RGC-B1000E-8 | 16669115.604 | 821414.645 | 164.382 | 88.760 |
| RGV-RGC-B1000E-9 | 16669083.160 | 821431.441 | 164.718 | 89.096 |
| RGV-RGC-B1000E-10 | 16668967.974 | 821435.781 | 157.617 | 81.996 |
| RGV-RGC-B1000E-11 | 16668948.326 | 821447.938 | 155.641 | 80.020 |

| SHEET NO. 5 OF 5 | METES & BOUNDS SURVEY FERNANDO JAVIER ESCOBAR TRACT NO. RGV-RGC-B1000E STARR COUNTY          TEXAS | DRAWN BY: JP 02/24 CHECKED BY: WBG 02/24 SURVEY DATE: 02/24 PLOT DATE: 04/24 SHEET SIZE: ANSI-A | REMOVABLE BARRIER SURVEY PROJECT CONTRACT NO. : W912G-19-D-6004 |  |  US Army Corps of Engineers® |
|---|---|---|---|---|---|

EMC, INC. PROJECT NO. : 24006

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE

# E

## SCHEDULE E

<u>ESTATE TAKEN</u>

Starr County, Texas

Tracts:  RGV-RGC-B1002E, RGV-RGC-B1001E, RGV-RGC-B1000E, & RGV-RGC-B1000E-1,
Acres:  0.932

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a boat ramp, road, and aboveground and/or underground utility lines and appurtenances thereto; including but not limited to a boat ramp and parking area; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a boat ramp, road, and utility easement.

# SCHEDULE F

# SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is TEN THOUSAND, NINE HUNDRED TWELVE DOLLARS AND NO/100 CENTS ($10,913.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-B1002E:**

The sum estimated as just compensation for the land acquired is ONE THOUSAND, ONE HUNDRED TWENTY-EIGHT DOLLARS AND 00/100 CENTS ($1,128.00).

**TRACT RGV-RGC-B1001E:**

The sum estimated as just compensation for the land acquired is FIVE THOUSAND, TWO HUNDRED TWENTY-ONE DOLLARS AND 00/100 CENTS ($5,221.00).

**TRACT RGV-RGC-B1000E:**

The sum estimated as just compensation for the land acquired is ONE THOUSAND, SEVEN HUNDRED ONE DOLLARS AND 00/100 CENTS ($1,701.00).

**TRACT RGV-RGC-B1000E-1:**

The sum estimated as just compensation for the land acquired is TWO THOUSAND, EIGHT HUNDRED SIXTY-THREE DOLLARS AND 00/100 CENTS ($2,863.00).

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Maria Teresa Escobar**<br><br>Roma, Texas | **RGV-RGC-B1002E  &  RGV-RGC-B1001E**: Warranty Deed dated December 6, 1994, recorded December 15, 1994, in Volume 708, Page 501, Official Public Records, Starr County, Texas |
| **Fernando Javier Escobar**<br><br>Roma, Texas | **RGV-RGC- B1000E  &  RGV-RGC-B1000E-1**:<br>Warranty Deed dated January 22, 2019, recorded February 3, 2017, in Volume 1500, Page 587, Official Public Records, Starr County, Texas |
| **Isabel G. Brown**<br><br>Roma, Texas<br><br>**Filemon Garza, Jr.**<br><br>McAllen, Texas<br><br>**Unknown heirs/devisees of Felicia G. Garza**<br><br>**Irene G. Stach**<br><br>San Antonio, Texas<br><br>**Virginia G. Guzman**<br>Unknown Address<br><br>**Unknown heirs/devisees of Wilfrido Garza**<br><br>**Olga G. Gonzalez**<br>Unknown Address<br><br>**Maria Yolanda G. Grady** | **RGV-RGC-B1001E**:<br>Warranty Deed dated June 11, 1977, recorded on June 12, 1986, in Volume 534, Page 290, Official Public Records, Starr County, Texas<br><br>Deed of Gift dated August 31, 1978, recorded in Volume 415, Page 359, Official Public Records, Starr County, Texas |

| | |
|---|---|
| San Antonio, Texas ▉ | |
| Mario Garza<br>▉▉▉<br>San Antonio, Texas ▉<br><br>**Martina G. Hernandez**<br>▉▉▉<br>McAllen, Texas ▉<br><br>**Rosa G. Castillo**<br>▉▉▉<br>Balch Spring, Texas ▉<br><br>**Alma G. Trevino**<br>▉▉▉<br>Mission, Texas ▉<br><br>**Eva G. Wilson**<br>▉▉▉<br>Mission, Texas ▉<br><br>**Maria Diana G. Reyna**<br>▉▉▉<br>San Juan, Texas ▉ | **RGV-RGC-B1001E**:<br>Warranty Deed dated June 11, 1977, recorded on June 12, 1986, in Volume 534, Page 290, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship recorded in Volume 1019, Page 304, Official Public Records, Starr County, Texas |
| **Unknown heirs/devisees of David Garza** | **RGV-RGC-B1001E**:<br>Warranty Deed dated June 11, 1977, recorded on June 12, 1986, in Volume 534, Page 290, Official Public Records, Starr County, Texas |
| **Unknown heirs/devisees of Homero Garza** | **RGV-RGC-B1001E**:<br>Warranty Deed dated June 11, 1977, recorded on June 12, 1986, in Volume 534, Page 290, Official Public Records, Starr County, Texas |
| **Hermila Escobar Garza**<br>▉▉▉<br>Victoria, Texas ▉ | **RGV-RGC-B1001E**:<br>Warranty Deed dated June 11, 1977, recorded on June 12, 1986, in Volume 534, Page 290, Official Public Records, Starr County, Texas |
| **Ameida Salinas**<br>100 N. FM 3167, Ste 201,<br>Rio Grande City, TX 78582 | Starr County Tax Assessor-Collector<br>Property ID: 67240<br>Property ID: 17783 |